

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00041-CV

**TEMPLETON MORTGAGE CORPORATION**,
Appellant

v.

Gary **POENISCH**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422-A
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee Gary Poenisch recover his costs of this appeal, if any, from appellant Templeton Mortgage Corporation.

SIGNED November 18, 2015.

_____
Marialyn Barnard, Justice